## Child *vs.* Murray, *manucaptor*.

IN *fci. fa.* on recognizance of bail and inqueft thereon, the jury affeffed intereft from the docketting of the original judgment, to the return of the *poftea*.

I 2

To fhow that this was the juſt method of computing intereſt, the following authorities were cited: 2 Durn. & Eaſt. 57. 10 Mod. Rep. 278. notes. 8 Id. 336. 358.

*Per Curiam.* The plaintiff is entitled to have intereſt calculated againſt the bail, from the day they become fixed. By this the Court mean, after the expiration of the time allowed *ex gratia* to furrender, that is, eight days after *capias* returned.